HARVEY P. SACKETT (72488)
SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
San Jose, California 95125-6011
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEENA S. FERRERA, | Case No. 2:18-cv-03081-JAM-CKD |
| Plaintiff, | |
| v. | |
| ANDREW M. SAUL, | STIPULATION AND ORDER |
| Commissioner of Social Security, | |
| Defendant. | |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until August 17, 2019, in which to e-file her Motion for Summary Judgment. Defendant shall file any opposition, including cross-motion, on or before September 14, 2019. This extension is necessitated due to Plaintiff's counsel's schedule of administrative hearing and district court briefs due (seventeen opening briefs and four reply briefs due). Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

///

///

STIPULATION AND ORDER

| | | |
|---|---|---|
| 1 | Dated: July 17, 2019 | /s/HARVEY P. SACKETT |
| 2 | | HARVEY P. SACKETT |
| | | Attorney for Plaintiff |
| 3 | | TEENA S. FERRERA |
| 4 | | |
| 5 | Dated: July 17, 2019 | /s/MARCELO N. ILLARMO |
| 6 | | MARCELO N. ILLARMO |
| | | Special Assistant U.S. Attorney |
| 7 | | Social Security Administration |
| 8 | IT IS ORDERED. | |
| 9 | | |
| 10 | Dated: July 18, 2019 | /s/ John A. Mendez |
| | | JOHN A. MENDEZ |
| 11 | | United States District Judge |

2

STIPULATION AND ORDER